UNITED STATES, Appellee

v

GEORGE T. SOUZA, Private, U. S. Army, Appellant

17 USCMA 48, 37 CMR 312

No. 19,872

May 19, 1967

*Colonel Daniel T. Ghent, Major David J. Passamaneck,* and *Captain Raymond A. DiLuglio* were on the pleadings for Appellant, Accused.

*Colonel Peter S. Wondolowski, Lieutenant Colonel David Rarick,* and *Captain Maurice Jay Kutner* were on the pleadings for Appellee, United States.

Opinion of the Court

PER CURIAM:

The decision of the board of review is affirmed. United States v Simpson, 17 USCMA 44, 37 CMR 308.

UNITED STATES, Appellee

v

REUBEN JACKSON, Private First Class, U. S. Army, Appellant

17 USCMA 48, 37 CMR 312

No. 19,892

May 19, 1967

*Colonel Daniel T. Ghent, Major David J. Passamaneck,* and *Captain Raymond A. DiLuglio* were on the pleadings for Appellant, Accused.

*Colonel Peter S. Wondolowski, Lieutenant Colonel David Rarick,* and *Major John F. Webb, Jr.,* were on the pleadings for Appellee, United States.

Opinion of the Court

PER CURIAM:

The decision of the board of review is affirmed. United States v Simpson, 17 USCMA 44, 37 CMR 308.